Paul J. Steiner (SBN 41117)
LAW OFFICES OF PAUL J. STEINER
580 California Street, 12th Floor
San Francisco, CA 94104
Tel: (415) 981-6100 | Fax: (415) 984-0950
Email: paul@sfpaulaw.com

Frank F. Sommers (SBN 109012)
SOMMERS LAW PC
227 Princeton Avenue, Mill Valley, CA 94941
Tel: (415) 308-4004 | Email: ffs@sommerslawpc.com
Attorneys for Plaintiffs ESC-TOY LTD. and ERICK CHATEL

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

ESC-TOY LTD., a Nevada corporation; ERICK CHATEL, an individual (p/k/a ERICK SCARECROW),

Plaintiffs,

v.

SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company; NAUGHTY DOG, LLC, a California limited liability company; and DOES 1-100, inclusive,

Defendants.

Case No. 3:26-cv-07175-EMC

**DECLARATION OF ERICK CHATEL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Date: December 10, 2026
Time: 1:30 p.m.
Judge: Hon. Edward M. Chen
Ctrm: 15, 18th Floor

Complaint filed: July 13, 2026

**DECLARATION OF ERICK CHATEL**

I, Erick Chatel, declare as follows:

1. I am a plaintiff in this action and the founder and president of plaintiff ESC-Toy Ltd. I am also professionally known as Erick Scarecrow. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to them.

2. Attached as Exhibit 1 is a true and correct copy of the Certificate of Registration issued by the United States Copyright Office for the work titled "ESC-TOY Nathan Drake Vinyl Mask Design," Registration Number VA 2-520-552, which I received from the Copyright Office. The certificate reflects an effective date of registration of July 10, 2026 and a registration decision date of September 10, 2026, and identifies me as the author and copyright claimant.

3. Attached as Exhibit 2 is a true and correct copy of the record for Registration Number VA 2-520-552 as it appears in the Copyright Office's online Public Catalog, which I printed on October 29, 2026 from the https://publicrecords.copyright.gov website.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 29, 2026, at Las Vegas, Nevada.

*/s/ Erick Chatel*

Erick Chatel

# EXHIBIT 1

**Registration Number**
# VA 2-520-552
**Effective Date of Registration:**
July 10, 2026
**Registration Decision Date:**
September 10, 2026

## Title

**Title of Work:** ESC-TOY Nathan Drake Vinyl Mask Design

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** April 01, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Erick Chatel
**Author Created:** 2-D artwork, sculpture
**Work made for hire:** No
**Citizen of:** United States
**Domiciled in:** United States
**Year Born:** 1976

## Copyright Claimant

**Copyright Claimant:** Erick Chatel
6625 South Valley View Blvd, Suite 326, Las Vegas, NV, 89118, United States

## Limitation of copyright claim

**Material excluded from this claim:** Preexisting Nathan Drake character and character elements owned by a third party; previously registered artwork by claimant
**Previous registration and year:** VA0001688823, 2009

**New material included in claim:** 2-D artwork, sculpture

## Rights and Permissions

**Name:** Erick Chatel
**Email:** erickscarecrow@gmail.com

**Telephone:** (646)225-9100
**Alt. Telephone:** (718)683-8940
**Address:** 6625 South Valley View Blvd
Suite 326
Las Vegas, NV 89118 United States

## Certification

**Name:** Erick Chatel
**Date:** July 10, 2026

# EXHIBIT 2

**Registration Number**
**VA 2-520-552**
**Effective Date of Registration:**
July 10, 2026
**Registration Decision Date:**
September 10, 2026

## Title

**Title of Work:** ESC-TOY Nathan Drake Vinyl Mask Design

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** April 01, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Erick Chatel
  **Author Created:** 2-D artwork, sculpture
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1976

## Copyright Claimant

**Copyright Claimant:** Erick Chatel
6625 South Valley View Blvd, Suite 326, Las Vegas, NV, 89118, United States

## Limitation of copyright claim

**Material excluded from this claim:** Preexisting Nathan Drake character and character elements owned by a third party; previously registered artwork by claimant
**Previous registration and year:** VA0001688823, 2009

**New material included in claim:** 2-D artwork, sculpture

## Rights and Permissions

**Name:** Erick Chatel
**Email:** erickscarecrow@gmail.com

**Telephone:** (646)225-9100
**Alt. Telephone:** (718)683-8940
**Address:** 6625 South Valley View Blvd
Suite 326
Las Vegas, NV 89118 United States

## Certification

**Name:** Erick Chatel
**Date:** July 10, 2026